CARLOS ABREU, Appellant, v BETSY HUTCHINGS et al., Respondents.

Decided September 21, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of CARLOS ABREU, Appellant, v NORMAN R. BEZIO, as Director of Special Housing and Inmate Disciplinary Programs, Respondent.

Decided September 21, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, as untimely (*see* CPLR 5513 [a]).

In the Matter of CARLOS ABREU, Appellant, v MICHAEL F. HOGAN, as Commissioner of Mental Health, et al., Respondents.

Decided September 21, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution.